UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Mark Wolok,   Case No. 07-42830
   Chapter 7
   Debtor.   Hon. Phillip J. Shefferly
_____/

### ORDER DENYING DEBTOR'S MOTION FOR EX PARTE
### ORDER EXTENDING THE DEADLINE FOR FILING SCHEDULES,
### STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS

On February 27, 2007, the Debtor filed a motion for ex parte order extending deadline for filing Chapter 7 schedules, statement of financial affairs and other bankruptcy documents. The motion states that it is filed pursuant to L.B.R. 9006-1(b). Although the Court is generally inclined to grant the requested extension and frequently does so in circumstances like this, the Debtor's motion in this case does not comply with L.B.R. 9006-1(a). L.B.R. 9006-1(a)(1)(C) requires that the motion state that "an objection to the relief requested in the motion must be filed within three days of service of the motion". L.B.R. 9006-1(a)(1)(D) requires that the motion state "the efforts made by the moving party to obtain concurrence." The Debtor's motion in this case does not recite the required information under L.B.R. 9006-1(a)(1)(C) or (D). Accordingly,

IT IS HEREBY ORDERED that the Debtor's motion for ex parte order extending the deadline for filing Chapter 7 schedules, statement of financial affairs and other bankruptcy documents is denied without prejudice to the Debtor's right to refile the motion with the required information under L.B.R. 9006-1(a)(1).

**Signed on February 28, 2007**

   **/s/ Phillip J. Shefferly**
   **Phillip J. Shefferly**
   **United States Bankruptcy Judge**